# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 11-17-GPM ) |
| FRANK T. PEARSON and DONNA K. PEARSON | ) ) ) |
| Defendants. | ) ) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

Santander Consumer USA, Inc., ("Santander") filed a complaint against Frank T. Pearson and Donna K. Pearson ("the Pearsons") in Illinois's Fifth Judicial District, Cumberland County, on November 19, 2010. Santander's complaint alleges detinue and breach of contract. On December 17, 2010, the Pearsons filed a "complaint and countersuit" against Santander and HSBC Bank, HSBC Auto Finance, the FBI, the Director of the FBI, the Cumberland County Sheriff, and the Cumberland County Sheriffs Office. The FBI and the Director of the FBI then removed the action to this Court. The Pearsons' third party claims against the FBI, the Director of the FBI, the Cumberland County Sheriff, and the Cumberland County Sheriffs Office were voluntarily dismissed (Doc. 11), and the Court granted a motion to dismiss made by Santander, HSBC Bank, and HSBC Auto Finance (Doc. 23)–thereby entirely dismissing the counterclaims and third party claims. The

only surviving claims are the claims for detinue and breach of contract against the Pearsons.[1]

The Court has dismissed all claims over which it had original jurisdiction and declines to exercise supplemental jurisdiction over the remaining claims, pursuant to 28 U.S.C. § 1367(c)(3). *See Whitely v. Moravec,* 635 F.3d 308, 311 (7th Cir. 2011) ("[A] district judge has *discretion* to relinquish supplemental jurisdiction and remand once the federal claim has dropped out.") (emphasis in original). "[I]t is the well-established law of this circuit that the usual practice is to dismiss without prejudice state supplemental claims whenever all federal claims have been dismissed prior to trial." *Groce v. Eli Lilly & Co.,* 193 F.3d 496, 501 (7th Cir. 1999). Such is the case here.

**The action is REMANDED to the Circuit Court of the Fifth Judicial Circuit, Cumberland County, Illinois.**

**IT IS SO ORDERED.**

DATED: May 23, 2011

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge

---

[1] Santander seeks approximately $9,885.68 in damages (Doc. 14), so there is no claim that diversity provides alternate grounds for subject matter jurisdiction.